AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

JUN 21 2024 PM 2:20
FILED-USDC-CT-HARTFORD

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marvyn Escobar | ) | Case No. 3:24-MJ- 543 ( RAR) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 19, 2023, to July 21, 2023  in the county of  Hartford  in the
_____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein, of Federal Bureau of Investigation (FBI), Task Force Officer (TFO), Daniel Muniz.

☑ Continued on the attached sheet.

DANIEL MUNIZ (Affiliate)
Digitally signed by DANIEL MUNIZ (Affiliate)
Date: 2024.06.21 11:04:43 -04'00'

*Complainant's signature*

Daniel Muniz, FBI TFO

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 06/21/2024

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2024.06.21 14:04:47 -04'00'

*Judge's signature*

City and state:  Hartford, Connecticut     Honorable Robert A. Richardson, U.S.M.J.

*Printed name and title*