JUN 21 2024 PM2:20
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:24mj 543 ___ (RAR) |
| v. | **Filed Under Seal** |
| MARVYN ESCOBAR | June 21, 2024 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

I, Daniel Muniz, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION AND BACKGROUND

1.      I submit this affidavit in support of a criminal complaint and arrest warrant charging MARVYN ESCOBAR ("ESCOBAR"), an adult male (YOB 1998) and resident of Hartford, Connecticut with violations of 18 U.S.C. §§ 1470 (transfer of obscene material to a minor) and 2252A(a)(2) and (b)(l) (receipt of child pornography) (collectively the "TARGET OFFENSES").

2.      I am a Task Force Officer ("TFO") with the FBI, and I have been sworn by the FBI as a Task Force Officer since 2021. I serve as a Detective with the Hartford Police Department and have been employed as a Police Officer with the City of Hartford since 2011. I am presently assigned to the FBI office in New Haven, Connecticut. My experience as a Law Enforcement Officer has included the investigation of violent crimes, sexual assaults, physical abuse, mental and/or physical neglect against children, human trafficking, and child sexual abuse material. Since 2021, I have been assigned to investigate human trafficking and crimes against children, and have participated in multiple investigations involving child exploitation, trafficking of child sexual abuse material, and online enticement of minors. I received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal law procedures.

1

3.      I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, and I am authorized by the Attorney General to request search and arrest warrants. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. §2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am one of the officers involved in the investigation that is the subject of this affidavit and have personally participated in the investigation concerning the violations of the federal laws listed herein.

4.      The statements contained in this affidavit are based in part on information provided by other members of local, state, and federal law enforcement, my own investigation to include personal observations, documents and other investigative materials which I have reviewed, as well as my training and experience as a TFO with the FBI. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ESCOBAR committed the TARGET OFFENSES.

## RELEVANT STATUTES

5.      As noted above, this investigation concerns alleged violations of:

  a.      18 U.S.C. § 1470, which provides, "[W]hoever, using the mail or any facility or means of interstate or foreign commerce, knowingly transfers obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempts to do so, shall be [guilty of a crime]."

  b.      18 U.S.C. § 2252A(a)(2) and (b), which provides, "Any person who—(1) knowingly mails, or transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography; (2) knowingly receives or distributes—(A) any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or

2

affecting interstate or foreign commerce by any means, including by computer; or (B) any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished."

## **DEFINITIONS**

6.     The following definitions apply to this Affidavit:

a.     "Minor," as used herein, is defined by 18 U.S.C. § 2256(1) to mean any person under the age of eighteen years.

b.     "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8) (any visual depiction including any photograph, film, video, picture, or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), and also includes any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. 18 U.S.C. § 2256(8).

c.     "Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

d.     "Sexually explicit conduct" means actual or simulated (i) sexual intercourse, including genital, oral genital, anal genital, or oral anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person. 18 U.S.C. § 2256(2)(A).

e.     An "Internet Protocol address" or "IP address," as used herein, refers to a unique numeric or alphanumeric string used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer

accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

## BACKGROUND RELATING TO DISCORD

7.    Based on my training and experience, I am familiar with the social media platform Discord. I have also spoken with other law enforcement investigators who have investigated criminal conduct occurring on this platform, and I have researched the platform and its capabilities on the Internet. Based on this experience, I know the following information about Discord. Discord owns and operates a free access all-in-one voice and text chat application and website of the same name that can be accessed at https://www.discord.com. To use Discord, a user creates an account and uses the account to communicate with other Discord users. When signing up for a Discord account, the user must agree to Discord's Terms of Service, which state, among other things: "you must comply with…all applicable laws, rules, and regulations, and you must only use [Discord] for authorized and acceptable purposes," and, "don't use [Discord] to do anything else that's illegal."

8.    I also know that Discord requires users to provide basic contact information to Discord, either during the registration process or thereafter. Discord also assigns a user identification number (ID) to each account.

9.    There are different features that a user can access on Discord. Discord users can exchange private messages between users (messages that do not appear in any text channel, but which are revealed only to the users participating in the private communication), participate in text chat room discussions, and voice chat. Discord users can also create "servers," which are akin to message boards.

4

## PROBABLE CAUSE

### Background Concerning ESCOBAR

10.     ESCOBAR is a 26-year-old male who lives in Hartford, Connecticut at an address known to me ("SUBJECT ADDRESS"), with his minor sons.

11.     As detailed below, I believe that ESCOBAR used the Discord account associated with user "e860bar#0" and assigned User ID 927071557203935262 ("SUBJECT ACCOUNT") to commit the TARGET OFFENSES involving a minor female victim ("MV"), who was approximately 13 years old at the time of the offense conduct and whose identity is known to me. At the time of the offense conduct, ESCOBAR was residing in Connecticut.

12.     According to records from the Hartford Police Department ("Hartford PD"), between approximately 2018 and 2019, ESCOBAR sexually assaulted a minor female ("MINOR-A") on multiple occasions. MINOR-A reported that the sexual assaults began when she was approximately 13 years old, and ESCOBAR told her to keep it a secret. In August 2020, ESCOBAR agreed to be interviewed by detectives at Hartford PD. After arriving at Hartford PD, he signed a Rights Waiver Form, and during the interview, he admitted to engaging in sexual acts, including sexual intercourse, with MINOR-A on three separate occasions.

13.     As a result of this conduct, ESCOBAR was originally charged with three violations of C.G.S. § 53a-71(a)(1) (Sexual Assault in the Second Degree) and three violations of C.G.S. § 53-21(a)(2) (Risk of Injury to Children). However, he pleaded guilty to and was convicted of C.G.S. § 53-21(a)(1) (Risk of Injury to Children), and on or about July 20, 2023, ESCOBAR was sentenced to 5 years jail (all suspended) and 3 years' probation. As result of his conviction, ESCOBAR is subject to multiple conditions of probation, including the condition that he not have "contact in any form, direct or indirect, including, but not limited to, personally, by means of

5

computer, telephone, letter, tape, video, email, text message or through another person with children under the age of sixteen [except for his biological children] without Probation Officer approval. Any contact must be reported immediately to a Probation Officer."

14.     Notably, as discussed in detail below, the instant investigation revealed that communications between the SUBJECT ACCOUNT and MV began on July 19, 2023, the day before ESCOBAR was sentenced.

### Initiation of the Investigation

15.     According to records provided by the a local police department in California ("PD"), on August 3, 2023, MV's mother, whose identity is known to me, contacted the PD to report an unrelated matter. While speaking to an officer, she also stated that she just learned that her 13-year-old daughter, MV, sent a topless photo of herself to an unknown person online. MV's mother explained that the previous day, August 2, 2023, MV called a mental health hotline because she was feeling suicidal about sending a topless photo of herself online to an unknown person. MV's mother stated that she discussed the matter with MV, who disclosed at that time that she sent the photo of herself to a man on Discord.

16.     A detective from the PD followed up with MV's mother, who gave her consent for the detective to review MV's Discord account. MV's mother provided MV's Discord account username and password, and she also approved the log in on her email to satisfy the dual authentication requirements.

17.     In a report dated September 21, 2023, the detective described his review of MV's Discord account. During his review, the detective observed an account with the username "e860barz," which was later identified as the SUBJECT ACCOUNT, that had a significant chat history with MV. In the chats, he observed several pictures of MV's bare breasts and vagina that

she had sent to e860barz. The detective also observed that e860barz sent a pornographic video to MV and indicated the female on the video was his "ex-girlfriend" performing oral sex on him. He noted that within the first few messages e860barz said that his name was "Marv." the detective noted a message dated July 19, 2023, at 6:12am, where e860barz asked MV if she was okay with him being 12 years older than her.

18.     The detective also noted that in one of the messages e860barz shared his address, which was the SUBJECT ADDRESS. The detective conducted a database search, and the SUBJECT ADDRESS was a match for ESCOBAR.

19.     The PD later referred this investigation to Hartford PD where I serve as a Detective, and I began to investigate this matter in my capacity as an FBI TFO.

### Forensic Interview of MV

20.     On December 11, 2023, the detective at the California PD conducted a forensic interview of MV. The interview was recorded. I have received and personally reviewed the recordings. During the interview, MV provided information pertinent to the instant investigation. That information included the following: MV stated that she was 13 years old when she spoke to a man named "Marv" online. She said that during their communications, Marv sent her images of his penis. MV stated that Marv was not supposed to be talking to her because he had gotten arrested and charged with Risk of Injury to a Minor.

### SUBJECT ACCOUNT Information

21.     On or about December 22, 2023, in response to an FBI administrative subpoena requesting information about the account belonging to "e860barz," Discord provided the following information:

| User ID: | 927071557203935262 |
|---|---|
| Username: | e860bar#0 |
| Email: | marvynescobar@gmail.com |
| Email verified: | Yes |
| Registration Time (UTC): | 2022-01-02 05:31:23 |
| Last Seen Time (UTC): | 2023-12-09 10:57:52 |

Notably, ESCOBAR's name is listed as the email address associated with the account. Discord also provided an IP log, which included multiple IP addresses associated with the account.

22.    FBI later served an administrative subpoena on Comcast requesting subscriber information associated with many of the IP addresses and corresponding timestamps provided by Discord. On or about January 18, 2024, Comcast responded and identified that two of the IP addresses listed in the subpoena were assigned to a Comcast account subscribed to ESCOBAR. Comcast also provided the following subscriber information for the account:

| Subscriber Name: | Marvyn Escobar |
|---|---|
| Service Address: | [SUBJECT ADDRESS] |
| Billing Address: | [SUBJECT ADDRESS] |
| Telephone #: | (111) 111-1111 |
| Type of Service: | Internet |
| Account Number: | 8773400235279114 |
| Account Active: | Active |
| E-mail User Ids: | marvyn_escobar |
| | (the above user ID(s) end in @comcast.net) |

**Communications Between the SUBJECT ACCOUNT and MV**

23.    On or about October 4, 2023, an FBI New Haven Special Agent and I spoke to MV's mother over the phone about her report to PD. During the conversation, she provided me with verbal consent to access MV's Discord account. On January 23, 2024, an FBI Special Agent from the San Francisco Office met with MV's mother, and MV's mother signed a consent to search MV's Discord account with no limitations.

24.     I began to review MV's account shortly thereafter and identified the chats between the MV and the SUBJECT ACCOUNT (e860barz),[1] which is where I focused my review. In addition to what was previously discussed and identified by the detective at the PD in California, I made the following observations:

25.     The first chat message in the chat was from the SUBJECT ACCOUNT on July 19, 2023, at 6:48AM. MV's account, ceased communicating with the SUBJECT ACCOUNT on August 26, 2023, and in the messages from that day she explained that she had been grounded and had to use her mother's computer because her mother had taken hers. It also appears that MV may have attempted to use Discord's call function to call the SUBJECT ACCOUNT around the same time. However, the SUBJECT ACCOUNT, despite not receiving responses, continued to message MV's account, until November 20, 2023. The messages in the chat appeared to be solely between the SUBJECT ACCOUNT and MV's account.

26.     On July 19, 2023, e860barz identified himself as ESCOBAR, "My name is Marvyn Btw [. . . .] Escobar Last Name." On the same day, e860barz stated "I'm in CT" and later said that his birthday is "March 4," which is ESCOBAR's birthday. Later that day, e860barz instructed MV to call him "daddy" and when she responded "yes daddy" he asked:



MV responded "mmhm," and approximately 4 minutes later at 7:35AM, e860barz sent MV two videos. Both videos depicted a female, performing oral sex on a male. Under the second video, e860barz wrote the following message, "She loves sucking my dick from soft to hard."

---

[1] In this section of the affidavit, the "SUBJECT ACCOUNT" and "e860barz" are used interchangeably.

27.     Many of e860barz's communications with MV were sexually explicit in nature. For example, approximately 3 minutes after sending the previously described videos, he sent MV following message:



He explained that the female in video was his ex-girlfriend and admitted to saving videos of her, and shortly thereafter asked "You don't have any vids?"

28.     Over the course of their communications, e860barz sent MV numerous photos that he said were of himself. For example, on July 20, 2023, he sent the following photos:



I have compared these photos to a photo of ESCOBAR in a law enforcement database, and they appear to be the same person.

29.     On August 5, 2023, at 1:35PM e860barz sent MV a message stating in part, "I had to vote for my job too" and sent her a photo of a Teamsters voting notice. An inspection of the photo revealed ESCOBAR's full name and the SUBJECT ADDRESS listed on the document. On August 6, 2023, MV and e860barz exchanged addresses, and e860barz provided MV with the SUBJECT ADDRESS.

30.     Over the course of their communications, e860barz repeatedly acknowledged the gap between their ages and that MV was a minor. For example, on July 21, 2023, at 7:30PM, he sent MV the following message:

11



31.     During their communications, e860barz repeatedly sent MV photos of what appeared to be adult penis that he indicated was his. For example, on July 21, 2023, at 3:27 PM e860barz sent an image of a penis with the following message "Would you eat 2/3 glazed donuts off me."

32.     After receiving pornographic images from e860barz, MV sent photos of her breasts and vagina. For example, on July 21, 2023, at 7:11 PM MV sent e860barz an image of her breast. The photo clearly exposes the MV face. At 7:42 PM MV sent a photo of her vagina. At 7:46 PM MV sent two additional photos of her vagina. In the photos MV is laying down on a bed and her face is clearly visible. Based on my training and experience, I believe that the photos of MV's vagina depict child pornography, as defined in 18 U.S.C. § 2256.

**Search of the SUBJECT ACCOUNT**

33.     On March 13, 2024, I obtained a federal search and seizure warrant from the Honorable Robert M. Spector, United States Magistrate Judge for the District of Connecticut, to search the SUBJECT ACCOUNT for evidence of the TARGET OFFENSES as well as of 18 U.S.C. § 2422(b) (coercion and enticement of a minor). *See* Case No 3:24-mj-212 RMS (D. Conn.). The search warrant was executed later that day via Discord's Government Request Portal.

34.     On or about March 28, 2024, I received a link from Discord to download the data requested in the search warrant for the SUBJECT ACCOUNT ("Discord return"). I reviewed the Discord return and identified the chats between e860barz and MV and compared them with the chats previously obtained pursuant to the consent to search MV's account, and based on my review they appear to be the same chat conversations.[2]

## CONCLUSION

35.     Based upon the foregoing, there is probable cause to believe, and I do believe, that ESCOBAR committed the TARGET OFFENSES. Accordingly, I respectfully request that a criminal complaint and arrest warrant be issued authorizing the arrest of MARVYN ESCOBAR.

Respectfully submitted,

DANIEL MUNIZ Digitally signed by
(Affiliate) DANIEL MUNIZ (Affiliate)
Date: 2024.06.21 11:06:22 -04'00'

Task Force Officer Daniel Muniz
Federal Bureau of Investigation

Subscribed and sworn before me by telephone this 21 day of June, 2024, in Hartford, Connecticut.

Robert A. Richardson Digitally signed by Robert A. Richardson
Date: 2024.06.21 14:03:58 -04'00'

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

---

[2] The date and time of the chats have a four-hour difference. I believe that this is due to the different time zones of MV and ESCOBAR. The Discord return included the images and videos that e860barz sent MV. The Discord return indicated that attachments were received in line with the dates and times that MV sent images to e860barz, but Discord did not provide the actual images.